UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSHUA MICHAEL HOLFORD,

    Plaintiff,

v.

PIERCE COUNTY JUDICIAL SERVICE,

    Defendant.

CASE NO. 3:23-cv-05274-TL

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A Tsuchida, United States Magistrate Judge (Dkt. No. 3), as well as the remaining record, and no objections or responses to the Report and Recommendation having been filed, the Court hereby FINDS and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    The case is dismissed with prejudice.

    (3)    The Clerk is directed to send copies of this Order to the parties.

Dated this 9th day of June 2023.

Tana Lin
United States District Judge

ORDER OF DISMISSAL - 1